# United States Court of Appeals
### For the Eighth Circuit

_____

No. 16-1478

_____

United States of America

*Plaintiff - Appellee*

v.

Marcus Chiles

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: December 30, 2016
Filed: January 5, 2017
[Unpublished]

_____

Before SHEPHERD, ARNOLD, and KELLY, Circuit Judges.

_____

PER CURIAM.

Marcus Chiles appeals the sentence the district court[1] imposed after he pleaded guilty to a drug charge. His counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967), challenging the length of the sentence.

Chiles pleaded guilty after entering into a written plea agreement containing an appeal waiver. We conclude that the appeal waiver is enforceable. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); United States v. Andis, 333 F.3d 886, 890-92 (8th Cir. 2003) (en banc) (discussing enforcement of appeal waivers). Furthermore, we have independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we grant counsel's motion, and we dismiss this appeal.

_____

[1]The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.